Nestor Maki, Appellant, v. Rodgers & Hagerty, Inc., Respondent.—

Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P.. J., Laughlin, Clarke, Scott and Dowling, JJ.

The People of the State of New York, Respondent, v. Peter J. McKenna, Appellant. — Judgment affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.